## Commonwealth v. Butts, Appellant.

Submitted March 8, 1971. *Thomas C. Zerbe, Jr.,* Assistant Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Caesar, Appellant.

Submitted March 8, 1971. *Richard D. Walker,* Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.

## Commonwealth v. Cameron, Appellant.

Submitted March 8, 1971. *Arthur K. Dils,* Assistant Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order vacated and the record remanded with direction that petitioner be afforded a copy of the trial notes and a hearing on the original or an amended PCHA petition.

WRIGHT, P. J., dissents.